**SO ORDERED.**

**SIGNED this 09 day of March, 2011.**

_____
Randy D. Doub
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### NEW BERN DIVISION

IN RE:

**SHAWN ALAN FLAHERTY**

**DEBTOR**

**CHAPTER 13**
**10-09565-8-RDD**

### ORDER MODIFYING PLAN

This cause coming before this Court on motion by the Chapter 13 debtor for an order allowing the modification and reduction of his plan payments from $1,780 per month to $1,551 per month beginning March 1, 2011; and the Court having noted that none of the parties in interest in this case have objected to the relief requested by the debtors; and the Court finding that the debtor receives no further income from his lawn care business, thereby reducing his projected disposable income to zero; and it appearing to the Court that the reduction of plan payments in this case would still for a Chapter 13 plan providing for a full pay-out to creditors holding secured and priority claims; and good cause having been shown in support of the debtor's requested modification; it is accordingly

**ORDERED** that the debtor's motion to modify his plan is hereby allowed and that the plan, as modified, is $1,780 per month for three (3) months, followed by $1,551 per month for fifty-seven (57) months with the $1,551 per month payment beginning with the March 1, 2011 payment.

End of Document